IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LARRY COLEMAN,
    Plaintiff,

vs.                                          3:08cv205/LAC/MD

JAMES R. MCDONOUGH,
    Defendant.

---

**O R D E R**

    This cause is before the court upon plaintiff's filing a civil rights complaint under 42 U.S.C. § 1983 and motions to proceed *in forma pauperis* (docs. 2 & 6). However, the most recent motion is again deficient because plaintiff failed to have the financial certificate filled out and signed by an authorized official. Additionally, plaintiff failed to include a copy of his inmate trust account statement showing transactions for the preceding six months. To enable this court to make the necessary assessment of the initial partial filing fee, plaintiff MUST submit a certified copy of his trust fund account statement for the <u>entire six month period immediately preceding the filing of the complaint</u>. The court will not process the complaint until all these forms are submitted.

    Accordingly, it is ORDERED:

    1.    Ruling on plaintiff's motions to proceed *in forma pauperis* (docs. 2 & 6) is DEFERRED.

    2.    The clerk is directed to forward to the plaintiff a prisoner consent form. This case number should be written on the form.

    3.    Plaintiff shall have **thirty (30) days** from the date this order is docketed to either (1) correct the deficiency in his *in forma pauperis* application by filing a fully

completed prisoner consent form, and signed by an authorized official,  along with a copy of his trust fund account statement from November 19, 2007 to May 19, 2008, or (2) pay the full $350.00 filing fee.

4. Failure to respond to this order as instructed will result in a recommendation of dismissal of this action for failure to prosecute and failure to comply with an order of this court.

DONE AND ORDERED this 30th day of June, 2008.

/s/ *Miles Davis*

**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**