IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA CITY DIVISION

LARRY COLEMAN,

       Plaintiff,

vs.                                     3:08cv205-LAC/AK

JAMES R. MCDONOUGH, et al,

       Defendants.

_____/

## O R D E R

      This cause comes on for consideration upon the magistrate judge's Report and Recommendation. The Plaintiff previously has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), I have made a _de novo_ determination of those portions to which an objection has been made.

      Having considered the Report and Recommendation and the objections thereto timely filed by the plaintiff, I have determined that the Report and Recommendation should be adopted.

      Accordingly, it is now ORDERED as follows:

      1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

      3.    The complaint (doc. 1) is DISMISSED for failure to state a claim for relief pursuant to 28 U.S.C. §1915(e)(2).

      DONE AND ORDERED this 10th day of April, 2009.

                                              s/_L.A. Collier_
                                              **LACEY A. COLLIER**
                                              **SENIOR UNITED STATES DISTRICT JUDGE**